**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**ISANDER VELAZQUEZ JR., et al.,**
**Plaintiffs**

v.                                                     **CIVIL NO. 05-1442(DRD)**

**NATIONAL COLLEGE OF BUSINESS**
**& TECHNOLOGY, et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 09/27/05**<br>**Docket #9**<br>[**X**] **Plaintiff**<br>[**X**] **Defendant**<br>**Title:** Joint Motion Requesting Voluntary Dismissal | **GRANTED.** Parties in this case reached a settlement agreement. Because both Plaintiffs, Isander Velazquez, Jr., et al., and Defendants, National College of Business & Technology, et al., have appeared and requested dismissal, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). **Judgment** shall be entered accordingly. Furthermore, as requested by the parties, the Court grants **twenty (20) days, or until October 17, 2005,** to submit a stipulation of dismissal. Accordingly, an Amended Judgment shall be issued once the stipulations for dismissal is filed. Finally, the Court shall retain jurisdiction for compliance purposes. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 27th day of September 2005.

                                                               **S/DANIEL R. DOMINGUEZ**
                                                                **DANIEL R. DOMINGUEZ**
                                                                **U.S. DISTRICT JUDGE**